**Opinion issued January 26, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-22-00842-CV

———————————

### IN THE MATTER OF G.M., Appellant

---

### On Appeal from the 313th District Court
### Harris County, Texas
### Trial Court Cause No. 2021-01128J

---

### MEMORANDUM OPINION

Appellant, G.M., a juvenile, has filed an unopposed motion to voluntarily dismiss his appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). Appellant's motion, signed by appellant and his attorney, includes a statement that appellant has been advised by his attorney regarding his right to appeal and that he understands the consequences of dismissing his appeal. We conclude that appellant's motion is

sufficient to show that he has knowingly waived his right to appeal. *See* TEX. FAM. CODE § 51.09.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Countiss and Rivas-Molloy.